# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 17, 2019

## NO. 03-18-00377-CV

**Angela Davis, as President of NEA-Dallas (a Local Affiliate of Texas State Teachers Association), on behalf of All Affected Members and Named Individuals, Appellant**

**v.**

**Mike Morath, Commissioner of Education of The State of Texas, and Dallas Independent School District, A Public Body Corporate, Appellees**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED IN PART; REVERSED AND
REMANDED IN PART-- OPINION BY JUSTICE TRIANA
CONCURRING AND DISSENTING OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on March 19, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court affirms parts of the district court's judgment (the dismissal as untimely of the Teachers' facial grievance as to the components of the TEI teacher-appraisal system, and the dismissal of the Teachers' salary-decrease complaint against DISD); reverses the district court's judgment (the commission lacked jurisdiction over the Teachers' appeal of their grievance) and remands this cause to the Texas Commissioner of Education for further proceedings consistent with this opinion. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.